# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Wade Anthony Gatewood,

    Plaintiff(s),

vs.

Eagle Global Logistics,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:06cv485

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/26/07 Order.

Signed: June 26, 2007

Frank G. Johns, Clerk
United States District Court